OPINION — AG — A BANK HOLDING COMPANY MAY NOT GUARANTEE A RATE OF RETURN OR INTEREST ON FUNDS DEPOSITED WITH ITS STATE BANK SUBSIDIARY AS THE DOING OF SUCH AN ACT WOULD BE UNLAWFUL FOR THE STATE BANK SUBSIDIARY UNDER 6 O.S. 1971 809 [6-809], AND THE DOING OF THE SAME ACT BY THE BANK HOLDING COMPANY WOULD CONSTITUTE AN UNSOUND BAKING PRACTICE UNDER12 U.S.C. § 1843(C) (8) CITE: 6 O.S. 1971 203 [6-203](9) (JOHN F. PERCIVAL)